**HITE PREPARATION COMPANY**

v.

**B. R. CONN and Workmen's Compensation Board of Kentucky.**

Court of Appeals of Kentucky.

June 29, 1973.

Fred G. Francis, Prestonsburg, for appellant.

Albert A. Burchett, Burchett & Rowland, Martin, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming in Part and Reversing in Part.*

---

**George Logan GAITHER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Geoffrey P. Morris, Staff Attorney, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Granting Belated Appeal.*

---

**Arnold CARTER and Danny Barnes, Appellants,**

v.

**Henry E. COWAN, Superintendent, Kentucky State Penitentiary, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Arnold Carter, pro se.

Danny Barnes, pro se.

Ed W. Hancock, Atty. Gen., Frankfort, Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

**C. C. CALVERT, Jr., et al., Appellants,**

v.

**O'Neil MASTERS, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Robert G. Zweigart, Royse, Zweigart & Kirk, Maysville, for appellants.

John R. Cook, Jr., Gess, Mattingly, Saunier & Atchison, Lexington, Bernard C. Hargett, Maysville, for appellee.

Memorandum Opinion of the Court by Special Commissioner STEPHEN P. WHITE, Jr., Affirming.*

* Opinion ordered not to be published.